IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | Criminal No. 4:20-cr-00242-P |
| | § | |
| ALFRED JOHN MCDONALD. | § | |

### ORDER ON DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA

Before the Court is Defendant Alfred John McDonald's Motion to Withdraw Guilty Plea. ECF No. 56. The Court referred the Motion to Magistrate Judge Cureton for consideration. ECF No. 59. Judge Cureton conducted a hearing on August 21, 2021, and stated his findings as to the *Carr* factors and reasons why he was recommending denial of the Motion. ECF No. 63 at 84–87. Judge Cureton then issued an order recommending the Motion be denied for the reasons stated on the record and providing any party 14 days to object. ECF No. 62. As of the date of this order, no objections have been filed. Therefore, Defendant's Motion is ripe for review.

Having conducted a review of the Motion, transcript of the hearing before Judge Cureton (ECF No. 63), and the applicable law the Court **ACCEPTS** the findings and recommendation from Judge Cureton and accordingly concludes that the Motion to Withdraw Guilty Plea should be and hereby is **DENIED.**

**SO ORDERED** on this **26th day** of **October, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE